*E-Filed 11/23/10*

1  **Gregory L. Spallas, SBN 129306**
   **Shivani Sutaria, SBN 249942**
2  PHILLIPS, SPALLAS & ANGSTADT LLP
   Three Embarcadero Center, Suite 550
3  San Francisco, California 94108
   Tel:    (415) 278-9400
4  Fax:    (415) 278-9411
   gspallas@psalaw.net
5  ssutaria@psalaw.net

6  Attorneys for Defendant
   WAL-MART STORES, INC.
7
   **Noah D. Lebowitz, SBN 194982**
8  DUCKWORTH, PETERS, LEBOWITZ, OLIVIER LLP
   235 Montgomery Street; Suite 1010
9  San Francisco, CA  94104
   Tel:    (415) 433-0333
10 Fax:    (415) 449-6556
   noah@dplolaw.com
11
12 Attorney for Plaintiff
   LANCE HALL
13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| LANCE HALL<br><br>        Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.<br><br>        Defendant. | Case No. 3:10-cv-01852-RS<br><br>**STIPULATION AND REQUEST FOR AN ORDER TO EXTEND MEDIATION DEADLINE** |

24    Defendant WAL-MART STORES, INC. (hereinafter "Wal-Mart" or "Defendant") and
25 Plaintiff LANCE HALL (hereinafter "Plaintiff") hereby submit this stipulation and request an Order
26 to extend the deadline to complete mediation. The current deadline to complete mediation is
27 November 24, 2010.  Defendant and Plaintiff stipulate to extend the mediation deadline until March
28 15, 2011.  The parties state there is good cause to extend the deadline as the parties need to conduct

-1-
STIPULATION AND REQUEST FOR AN ORDER TO EXTEND MEDIATION DEADLINE
*Lance Hall v. Wal-Mart Stores, Inc.*                                              Case No. 3:10-cv-01852-RS

1  further discovery, including Plaintiff's deposition and respond to discovery requests, prior to the
2  mediation.  The parties have already agreed to engage in a private mediation on February 24, 2011
3  with mediator Jeff Ross.
4      The parties thereby respectfully request an Order extending the mediation deadline to March
5  15, 2011.

6                        Respectfully submitted,

8  Dated:  November 23, 2010      PHILLIPS, SPALLAS & ANGSTADT LLP

10      /s/ Gregory L. Spallas
    Gregory L. Spallas
11      Shivani Sutaria
    Attorneys for Defendant
12      WAL-MART STORES INC.

14  Dated:  November 23, 2010      DUCKWORTH, PETERS, LEBOWITZ, OLIVIER LLP

16      /s/ Noah Lebowitz
    Noah Lebowitz
17      Attorney For Plaintiff
    LANCE HALL

21  **IT IS SO ORDERED**.
22      DATED on this  23   day of  November                         , 2010.

25                        **UNITED STATES DISTRICT JUDGE**