*E-Filed 4/11/11*

Noah D. Lebowitz [SBN 194982]
DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
100 Bush Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 433-0333
Facsimile: (415) 449-6556
E-mail: noah@dplolaw.com

Attorneys for Plaintiff
LANCE HALL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| LANCE HALL,<br><br>    Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>    Defendants. | Case No.  C 10-01852 RS<br><br>**STIPULATION & [PROPOSED] ORDER TO DISMISS CASE WITH PREJUDICE**<br><br>[F.R.Civ.P. 41(a)(1)] |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties to this action hereby stipulate and agree that this case be dismissed in its entirety, with prejudice.  The parties further hereby stipulate and agree that each side will bear their own fees and costs associated with this action.

- 1 -
STIPULATION & [PROPOSED] ORDER TO DISMISS CASE WITH PREJUDICE

Dated: March 22, 2011        DUCKWORTH PETERS LEBOWITZ OLIVIER LLP

By: _____
NOAH D. LEBOWITZ
Attorneys for Plaintiff Lance Hall

Dated: April 8, 2011         PHILLIPS, SPALLAS & ANGSTADT LLP

By: /s/ Gregory L. Spallas
GREG L. SPALLAS
Attorneys for Defendant Wal-Mart Stores, Inc.

### ORDER

Pursuant to stipulation of the parties, this case hereby DISMISSED IN ITS ENTIRETY WITH PREJUDICE, each side bearing their own fees and costs.

IT IS SO ORDERED.

DATED: 4/11/11              _____
HON. RICHARD SEEBORG
JUDGE, UNITED STATES DISTRICT COURT